[No. 2392–3.   Division Three.   December 12, 1978.]

KEY DISTRIBUTORS, INC. *Respondent,* v. RIVER TREE INN, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Asotin County, No. 13151, Patrick McCabe, J., entered April 12, 1977. *Affirmed in part* and *remanded* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Roe, J.

[No. 3150–2.   Division Two.   December 14, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL MORENO, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 51898, William L. Brown, Jr., J., entered October 25, 1977. *Affirmed* by unpublished opinion per Soule, J., concurred in by Pearson, C.J., and Reed, J.

[No. 2988–2.   Division Two.   December 14, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK ALLEN NELSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 51290, James P. Healy, J., entered July 14, 1977. *Affirmed in part* and *remanded* by unpublished opinion per Reed, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 2552–3.   Division Three.   December 19, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES FRANCIS BISCONER, *Appellant.*

Appeal from a judgment of the Superior Court for Klickitat County, No. C–1568, Ted Kolbaba, J., entered September 9, 1977. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.